**Entered on Docket
October 12, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 11, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No: 08-47630 EDJ** |
| **KATHLEEN DOUGLAS,** | **Chapter 13** |
| Debtor. | |
| _____/ | **ORDER APPROVING LOAN MODIFICATION** |

The Court having considered the Debtors' Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wells Fargo Home Mortgage on the real property located at 4852 Crestone Needle Way, Antioch, CA 94531, is hereby approved. This order should not be construed as court approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **Attorneys for Debtor** |
|   | Patrick L. Forte |
| 3 | Anne Y. Shiau |
|   | One Kaiser Plaza, #480 |
| 4 | Oakland, CA 94612 |
| 5 | |
|   | **Chapter 13 Trustee** |
| 6 | Martha Bronitsky, Trustee |
|   | P.O. Box 5004 |
| 7 | Hayward, CA 94540 |
| 8 | |
|   | U.S. Trustee |
| 9 | 1301 Clay Street, #690N |
|   | Oakland, CA 94612 |
| 10 | |
|   | **Debtors** |
| 11 | Kathleen Douglas |
|   | 4852 Crestone Way |
| 12 | Antioch, CA 94531 |